# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Carey, Kevin J. | United States Bankruptcy Court for the District of Delaware | 07/14/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

United States Bankruptcy Court for the District of Delaware
824 North Market Street, 5th Floor
Wilmington, DE 19801

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Executor | Estate #1 |
| 2. | Member, Board of Directors | American Bankruptcy Institute |
| 3. | Member, Board of Trustees, Executive Board | Turnaround Management Association |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carey, Kevin J. | 07/14/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | Matthew Bender & Company, Inc. (Lexis/Nexis) Contribution Author to Collier Forms Manual | $10,000.00 |
| 2. 2015 | St. John's University (teaching) | $7,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | ▓▓▓▓▓▓▓▓▓▓▓▓ |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Turnaround Management Association | January 13-16, 2015 | Bonita Springs, FL | ASAE CEO Symposium Attendee | Airfare, Lodging, Meals, Local Transportation, Airport Parking, Registration Fee |
| 2. | Turnaround Management Association | February 5-6, 2015 | Atlanta, GA | IWIRC Panelist | Airfare, Lodging, Meals, Local Transportation, Airport Parking |
| 3. | Turnaround Managemenet Association | February 10-15, 2015 | Las Vegas, NV | TMA Distressed Investng Conference (panelist and Board of Trustees meeting) | Airfare, Lodging, Meals, Local Transportation, Airport Parking, Registration Fee |
| 4. | M&A Advisors | February 21-24, 2015 | Palm Beach, FL | M&A Distressed Investors Conference (Panelist) | Airfare, Lodging, Meals, Local Transportation, Airport Parking, Registration Fee |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Carey, Kevin J. | 07/14/2016 |

| | | | | | |
|---|---|---|---|---|---|
| 5. | St. John's Law School | March 12-14, 2015 | New York, NY | LLM Class (Adjunct Instructor) | Amtrak, Lodging, Meals, Local Transportation, Airport Parking |
| 6. | Turnaround Management Association | March 20-22, 2015 | San Francisco, CA | INSOL Judicial Colloquium (Panelist) | Airfare, Lodging, Meals, Local Transportation, Airport Parking, Registration Fee |
| 7. | Turnaround Management Association | March 23-24, 2015 | San Francisco, CA | INSOL International Attendee | Airfare, Lodging, Meals, Local Transportation, Airport Parking, Registration Fee |
| 8. | Turnaround Management Association | March 25-26, 2015 | San Francisco, CA | TMA Northern California Chapter Meeting (Panelist) | Registration Fee |
| 9. | Georgetown University | April 8, 2015 | Washington, DC | Corporate Finance Class (Guest Lecturer) | Amtrak Fare |
| 10. | American Bankruptcy Institute | April 16-19, 2015 | Washington, DC | Annual Spring Meeting (Board Member and Panelist) | Lodging, Meals, Hotel Parking, Mileage, Tolls, Program Fee |
| 11. | National Conference of Bankruptcy Judges | April 21-22-2015 | Washington, DC | Legislative Committee Capitol Hill Visits (Committee Member) | Lodging, Meals, Mileage, Tolls, Local Transportation |
| 12. | Insolvency Lawyer Association | April 23-26, 2015 | London, England | ILA Annual Meeting (Program Chair) | Airfare, Lodging, Meals, Airport Parking |
| 13. | Turnaround Management Association | April 26-28, 2015 | Bucharest, Romania | TMA Eastern European Conference (Guest Speaker) | Airfare, Lodging, Meals, Local Transportation, Airport Parking |
| 14. | Turnaround Management Association | April 28-29, 2015 | Zagreb, Croatia | TMA Chapter Start-Up Meeting (Guest Speaker) | Airfare, Lodging, Meals, Local Transportation, Airport Parking |
| 15. | Bankruptcy Bar Association, Southern District of Florida | May 7-10, 2015 | Bonita Springs, FL | Annual Weekend Retreat (Instructor) | Airfare, Lodging, Car Rental, Registration (including Meals), Airport Parking |
| 16. | Turnaround Management Association | May 31-June 1, 2015 | Scottsdale, AZ | TMA Annual Meeting Site Visit (Organizer) | Airfare, Lodging, Meals, Airport Parking |
| 17. | Association of Insolvency and Restructuring Advisors | June 3-5, 2015 | Philadelphia, PA | AIRA Annual Convention (Co-Chair and Panelist) | Lodging, Registration Fee (including Meals) |
| 18. | Turnaround Management Association | June 9-13, 2015 | Stockholm, Sweden | TMA European Conference (Guest Speaker) | Airfare, Lodging, Meals, Local Transportation, Airport Parking |
| 19. | BNA | June 22, 2015 | New York, NY | Bloomberg Presentation (Panelist) | Amatrak Fare, Local Transportation, Train Station Parking |
| 20. | Turnaround Management Association | June 24-26, 2015 | Chicago, IL | TMA Nominating Committee Meeting (Committee Member) | Airfare, Lodging, Meals, Local Transportation, Airport Parking |
| 21. | Turnaround Management Association | July 14-18, 2015 | Carlsbad, CA | TMA Western Regional Conference (Panelist) | Airfare, Lodging, Meals, Airport Parking |
| 22. | Turnaround Management Association | July 21-22, 2015 | Baltimore, MD | TMA Chesapeake Chapter Event (Guest) | Lodging, Meals, Tolls, Hotel Parking |
| 23. | American Bankruptcy Institute | August 6-8, 2015 | Hershey, PA | ABI Mid-Atlantic Bankruptcy Workshop (Panelist) | Lodging, Mileage, Tolls, Registrsation Fee (including Meals) |

| | | | | |
|---|---|---|---|---|
| Name of Person Reporting | | | | Date of Report |
| Carey, Kevin J. | | | | 07/14/2016 |

| | | | | |
|---|---|---|---|---|
| 24. | Turnaround Management Association | August 30-September 5, 2015 | Melbourne, Australia | TMA Australia Conference | Airfare, Lodging, Meals, Local Transportation, Airport Parking |
| 25. | Turnaround Management Association | September 9-11, 2015 | Denver, CO | TMA Nominating Committee Meeting (Committee Member) | Airfare, Lodging, Meals, Local Transportation, Parking |
| 26. | National Conference of Bankruptcy Judges | September 16, 2015 | Washington, DC | Legislative Committee Capitol Hill Visits/ Congressional Reception (Committee Member) | Amtrak Fare, Meals, Train Station Parking |
| 27. | National Conference of Bankruptcy Judges | September 25-29, 2015 | Miami, FL | NCBJ Annual Meeting (Panelist/Attendee) | Airfare, Lodging, Local Transportation, Airport Parking, Registration Fee (including Meals) |
| 28. | St. John's University | October 2-3, 2015 | New York, NY | LLM Class (Adjunct Instructor) | Amtrak Fare, Lodging, Meals, Train Station Parking |
| 29. | Turnaround Management Association | October 4-8, 2015 | Scottsdale, AZ | TMA Annual Conference (Panelist/Organizer) | Airfare, Lodging, Meals, Local Transportation, Airport Parking, Registration Fee |
| 30. | Turnaround Management Association | October 28-29, 2015 | Birmingham, AL | TMA Alabama Chapter Program (Panelist) | Airfare, Lodging, Meals, Registration Fee |
| 31. | Turnaround Management Association | November 9-15, 2015 | London, England | TMA UK Conference (Panelist) | Airfare, Lodging, Meals, Local Transportation, Airport Parking, Registration Fee |
| 32. | American Bankruptcy Institute | November 23, 2015 | Wilmington, DE | ABI Delaware Views from the Bench (Panelist) | Registration Fee (including meal) |
| 33. | American Bankruptcy Institute | December 4-6, 2015 | Phoenix, AZ | ABI Winter Leadership Conference (Panelist) | Airfare, Lodging, Meals, Local Transportation, Airport Parking, Registration (including Meals) |
| 34. | MergerMarket | December 7-8, 2015 | New York, NY | Emerging Markets Investors Summitt (Panelist) | Amtrak Fare, Lodging, Meals, Train Station Parking |
| 35. | | | | | |
| 36. | | | | | |
| 37. | | | | | |
| 38. | | | | | |
| 39. | | | | | |
| 40. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carey, Kevin J. | 07/14/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | FIA Card Services (formerly Wachovia) | Line of Credit | J |
| 2. | Citibank VISA | Credit Card | J |
| 3. | American Express Optima | Credit Card | K |
| 4. | Barclaycard (formerly Bank of America - USAir) | Credit Card | K |
| 5. | American Express | Credit Card | J |
| 6. | TD Bank | Credit Card | J |
| 7. | Sears | Credit Card | J |
| 8. | Naviant | Student Loans | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Carey, Kevin J. | 07/14/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  _____ 401(k) Profit Sharing Plan | C | Dividend | M | T | | | | | |
| 2.  Estate #1-PNC Bank (cash in bank account) | | None | J | T | | | | | |
| 3.  PNC Bank Accounts | A | Interest | J | T | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carey, Kevin J. | 07/14/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kevin J. Carey**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544